

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00011-CV

## IN THE INTEREST OF L.R.M., A CHILD

**From the 413th District Court
Johnson County, Texas
Trial Court No. DC-D202001014**

## MEMORANDUM OPINION

This is an accelerated appeal from the trial court's order terminating Appellant's parental rights to his daughter L.R.M. as part of a private termination and adoption suit. No brief has been filed for Appellant. In a letter dated April 8, 2021, this Court notified Appellant that the appeal was subject to dismissal for want of prosecution if a response showing grounds for continuing the appeal was not filed within twenty-one days from the date of the letter. More than twenty-one days have passed, and no response has been filed. Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.3(b).

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Neill, and
     Justice Johnson
Dismissed
Opinion delivered and filed May 12, 2021
[CV06]

